IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MICHAEL SMITH, | : |
| Plaintiff, | : NO. 3:10-CV-00635 |
| vs. | : DISTRICT JUDGE ALETA A. TRAUGER |
| ERACHEM COMILOG, | : |
| Defendant. | : |

## O R D E R

Upon the Parties' Joint Motion and for good cause shown, Plaintiff's Motion for Telephone Case Management Conference is **GRANTED**. The Parties shall attend the August 30, 2010, 1:30 p.m., Case Management Conference via telephone. ~~The parties shall contact~~ The Court ~~at the designated time.~~ will place the call.

It is so **ORDERED**.

**ENTERED** this the __25th__ day of August 2010.

_____
Aleta A. Trauger
United States District Judge

APPROVED FOR ENTRY:
/s/ Nina H. Parsley
Donald D. Zuccarello (#15092)
Nina H. Parsley (#23818)
3209 West End Avenue
Nashville, Tennessee 37203
615.259.8100
*Attorneys for Plaintiff*