> **Motion GRANTED for extensions as requested.**
>
> /s/ Aleta A. Trauger

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| **MICHAEL SMITH,** | ) |
| | ) No. 3:10-CV-00635 |
| Plaintiff, | ) |
| vs. | ) |
| | ) **District Judge Aleta A. Trauger** |
| | ) **Magistrate Judge Knowles** |
| **ERACHEM COMILOG, INC.,** | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO EXTEND EXPERT DEADLINES

COMES NOW the Plaintiff, Michael Smith, and the Defendant, Erachem Comilog, Inc., by and through undersigned counsel and move this Honorable Court to modify the scheduling order in this case. The parties submit that an inspection of the premises where Plaintiff was injured has been scheduled for March 22, 2011 at 2:00p.m. after negotiation of a joint protective order. This inspection and the results thereof are necessary for Plaintiff to complete his expert disclosure, which affects the Defendant's disclosure as well. As a result, the parties request that this Court extend Plaintiff's expert disclosure deadline to April 29, 2011, and Defendant's expert disclosure date to May 20, 2011. The parties also request that the deadline to complete expert witness depositions be extended to July 1, 2011. The parties propose that all other deadlines and the trial date may remain as scheduled.

{01434512.DOC}