IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICHAEL SMITH | ) | |
| Plaintiff | ) | |
| v. | ) | Civil No. 3:10-0635 |
| | ) | Judge Trauger |
| ERACHEM COMILOG, INC. | ) | |
| Defendants | ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The jury trial set for October 18, 2011 and the pretrial conference set for October 14, 2011 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 22st day of July 2011.

_____
ALETA A. TRAUGER
U.S. District Judge